ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08- 21 -BR |
| v. | INDICTMENT |
| KENNETH CORY HOFFMAN, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. §§ 924(d), 924(e) |
| | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) |
| | 26 U.S.C. § 5861(d) |
| Defendant. | 28 U.S.C. § 2461 |

THE GRAND JURY CHARGES:

COUNT 1 - FELON IN POSSESSION OF A FIREARM

On or about December 6, 2007, in the District and State of Oregon, **KENNETH CORY HOFFMAN**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1)   On or about November 5, 1998, in Circuit Court of the State of Oregon for the County of Multnomah, case number 981138940, for Robbery in the First Degree,

(2)   On or about April 26, 1998, in Circuit Court of the State of Oregon for the County of Multnomah, case number 980433559, for Delivery of a Controlled Substance, Schedule II

did knowingly and unlawfully possess the following firearms:

    A Ruger model P89DC semi-automatic 9 mm caliber pistol,

    serial number 30597633; and,

    A Glock, model 20, semi-automatic 10 mm caliber pistol,

    serial number BNR514

both of which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2- DISTRIBUTION OF METHAMPHETAMINE

On or about December 6, 2007, in the District of Oregon, defendant **KENNETH CORY HOFFMAN** knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II Controlled Substance.

The Grand Jury further charges, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), that this violation involved fifty (50) or more grams of a mixture containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

As the result of committing the offenses alleged in Counts 1 and 2 of this Indictment, defendant, **KENNETH CORY HOFFMAN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, the firearm and ammunition involved in the commission of the offense, including but not limited to the following:

A Ruger model P89DC semi-automatic 9 mm caliber pistol,

serial number 30597633; and,

A Glock, model 20, semi-automatic 10 mm caliber pistol,

serial number BNR514.

Dated this _16_ day of January, 2008.

A TRUE BILL:

OFFICIATING FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney

ETHAN D. KNIGHT, OSB #992984
Assistant United States Attorney

PAGE 3 - INDICTMENT